# *United States v. Quinones*

# 23 CR 579

# Defense Exhibit A to the Sentencing Memorandum